# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER MODIFYING RELEASE** |
| | ) | **CONDITIONS** |
| vs. | ) | |
| | ) | |
| Cody Jon Colsch, | ) | Case No. 1:21-cr-117 |
| | ) | |
| Defendant. | ) | |

On November 18, 2022, Defendant appeared in the District of Colorado and was released on conditions. (Dos. No. 152-4). Among the conditions imposed by the court in the District of Colorado were a restriction of his travel to the Districts of Colorado and North Dakota and a requirement that he submit to location monitoring.

Following his arraignment in November 2022, this court issued an order continuing Defendant's release subject to the same conditions imposed by the court in the District of Colorado. (Doc. Nos. 158 and 164).

On May 23, 2023, this court modified Defendant's release conditions o permit him to reside in the District of Minnesota and to restrict his travel to the Districts of Minnesota and North Dakota. (Doc. No. 198).

The court, at the request of the Pretrial Services Office, shall further modify Defendant's release conditions by striking the requirement that he submit to location monitoring.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2023.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court